IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02750-WYD-KMT

LaVERNE DINGMAN,

    Plaintiff,

v.

FLORIM USA, INC., a Tennessee corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties Joint Motion for Leave to File Supplemental Briefings [ECF No. 54], filed March 16, 2011 is **GRANTED**.  The Plaintiff's Supplemental Briefing in Opposition to Defendant's Motion for Summary Judgment Based Upon the Deposition of Matteo Casolari Taken February 4, 2011 is accepted for filing.  The defendant shall have 20 days to file a reply.

    Dated:  March 23, 2011